March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Brandon Smith          ,

                  Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

21 -Mag- 9295 (__)(__)

Defendant __Brandon Smith__ hereby voluntarily consents to participate in the following proceeding via Tel/videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

/s/ Brandon Smith [signature]
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Brandon Smith**
Print Defendant's Name

[signature]
Defense Counsel's Signature

**Donna R. Newman**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

9/28/2021
Date

/s/ Gabriel W. Gorenstein
U.S. District Judge/U.S. Magistrate Judge