

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2021
```

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

      **Re:**   *United States v. Brandon Smith*
             Docket No. 21 Cr. 659 (GHW)

Dear Judge Woods:

      The Government respectfully submits this letter, with the consent of the U.S. Probation Office ("Probation"), to request the unsealing of case file materials maintained by Probation relating to the August 20, 2021 search of the residence of defendant Brandon Smith.

      The charges filed in the above-captioned matter arose out of Probation's August 20, 2021 search and are based on conduct that is also the subject of a separate matter relating to the defendant's reported violations of supervised release, also pending before this Court. The requested case file materials contain evidence that the Government, once in possession of the evidence, must disclose to the defendant pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150, 154 (1972).

The Government has been informed by Probation that the files cannot be turned over without an order from the Court unsealing them. Accordingly, the Government respectfully requests that all case file materials relating to the August 20, 2021 search maintained by Probation be unsealed.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

by: /s/
                    Jane Chong
                    Assistant United States Attorney
                    (917) 763-3172

SO ORDERED:

Dated:    November 1, 2021
            New York, New York

                    _____
                    THE HONORABLE GREGORY H. WOODS
                    United States District Judge