Law Offices Of
Donna R. Newman
Attorney At Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516
fax 212-676-7497

donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2022
```

May 23, 2022

Via ECF and Email
The Honorable Gregory H. Woods
United States District Court Judge
For the Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re: *United States v. Brandon Smith*
   21 cr 659(GHW)  & 16cr656(GHW)(VOSR)

Dear Judge Wood:

With the consent of the Government, I respectfully request the Court adjourn Mr. Smith's sentencing date which is now scheduled for June 1, 2022.  I have not had a full opportunity to review with Mr. Smith the final Presentence Report due to his transfer from Essex County to the MDC in Brooklyn. The MDC has been on lockdown for over two weeks, attorney visitation  cancelled or limited, and calls have been intermittent.  As  a result, I have lost valuable time with my client, time to review with client information I needed to draft my sentencing submission. Due to other scheduling commitments in other matters, including preparing for a trial scheduled for last week in June,  I respectfully request Mr. Smith's sentencing hearing be adjourned until the week of the week July 15 or July 13 or July 14.

Respectfully submitted
   /s/
Donna R. Newman
cc: AUSA Jane Chong

Application granted in part.  The sentencing hearing scheduled to take place on June 1, 2022 is adjourned to July 22, 2022 at 12:00 p.m.  The defendant's sentencing submissions are due no later than July 8, 2022; the Government's sentencing submissions are due no later than July 15, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.
Dated:  May 24, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge