UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA,             :

                                                        :
               -against-                      :
                                                        :
  BRANDON SMITH,                            :
                                                        :
                                  Defendant.      :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2025

1:16-cr-656-GHW-11
1:21-cr-659-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

       The status conference currently scheduled for September 11, 2025 at 11:00 a.m. is rescheduled. The conference will take place on October 2, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

       The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40 in case number 1:21-cr-00659-GHW-1.

       SO ORDERED.

Dated: September 9, 2025
New York, New York

                                                                                      _____
                                                                                        GREGORY H. WOODS
                                                                                  United States District Judge