Law Offices Of
Donna R. Newman
Attorney At Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516
fax 212-676-7497
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2025
```

September 29, 2025

**MEMORANDUM ENDORSED**

<u>Via ECF and Email</u>
The Honorable Gregory H. Woods
United States District Court Judge
For the Southern District of New York
United States District Court
500 Pearl Street
New York, New York 10007

Re: *United States v. Brandon Smith*
    16cr656(GHW)& 21cr659 (GHW)(VOSR)

Dear Judge Woods;

     A status conference is scheduled on the above violation of supervised release for Thursday October 2, 2025. I am unable to attend the conference due to my observing Yom Kippur. With the consent of the Government, I respectfully request this conference be adjourned for 30 days or less, for a date and time that is convenient for the Court. Accordingly, I respectfully request the Court adjourn this matter for a date and time convenient for the Court.

Very truly yours,
/s/
Donna R. Newman
Cc: AUSA Jane Chong via Email & ECF
    USPO Robert Harris via Email
    Brandon Smith via Email

Application granted. The status conference scheduled for October 2, 2025 is adjourned to November 5, 2025 at 11:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 42.
SO ORDERED.
Dated: September 30, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge